RECEIVED

JAN 2 1 2011

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| RYAN MARINE SERVICES, INC., ET AL | CIVIL ACTION NO. 06-2245 (LEAD) |
| | 08-0167 (MEMBER) |
| VERSUS | JUDGE DOHERTY |
| HUDSON DRYDOCKS, INC. | MAGISTRATE JUDGE HILL |

**ORDER**

For the reasons stated in the Memorandum Ruling dated January _21_, 2011,

IT IS ORDERED that the Motions for Partial Summary Judgment filed by defendant Hudson Drydocks, Inc., J&T Contractors, Inc., and Alea London Ltd. [Docs. 126, 137, & 140] are partially DENIED for failure of the moving parties to carry their burdens and partially DENIED because of the existence of genuine material factual disputes.

IT IS FURTHER ORDERED THAT the parties shall file an outline of claims pursuant to the sample outline form attached hereto, geared to and conforming to the applicable appellate jurisprudence. Each party asserting a claim shall file an outline, and the responding party shall file a responsive outline within seven days thereafter. Ryan Marine shall file the first outline on or before February 4, 2011.

THUS DONE AND SIGNED in Lafayette, Louisiana, this _21_ day of January 2011.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE