RECEIVED
JAN 2 1 2011
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| RYAN MARINE SERVICES, INC., ET AL | CIVIL ACTION NO. 06-2245 (LEAD)<br>08-0167 (MEMBER) |
| VERSUS | JUDGE DOHERTY |
| HUDSON DRYDOCKS, INC. | MAGISTRATE JUDGE HILL |

## ORDER

For the reasons stated in the Memorandum Ruling dated January 21, 2011,

IT IS ORDERED that the Motion for Partial Summary Judgment [Doc. 143] filed by third-party defendant J&T Contractors, Inc and the Motion for Partial Summary Judgment [Doc. 148] filed by third-party defendant Alea London Limited are GRANTED IN PART AND DENIED IN PART. ("Alea"). The request seeking dismissal of Hudson's contractual indemnification claim based on the specific indemnification provision cited and contained in the Master Indemnity Agreement between Hudson and J&T is GRANTED, and this claim is DISMISSED WITH PREJUDICE. In all other respects, the motions for partial summary judgment are DENIED for the failure of the parties to carry their burdens.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 21 day of January 2011.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE